UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SCENARIO B HOLDINGS LLC,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:21-cv-314 (NGG)(RLM) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs, while maintaining the right to reopen this matter within 30 days if the settlement is not consummated.

Dated: April 9, 2021
       New York, New York

                                  s/ Douglas B. Lipsky
                                  Douglas B. Lipsky
                                  LIPSKY LOWE LLP
                                  420 Lexington Avenue, Suite 1830
                                  New York, New York 10170-1830
                                  doug@lipskylowe.com
                                  212.392.4772
                                  *Attorneys for Plaintiff*

**SO ORDERED.**

**/s/ Nicholas G. Garaufis**
**Hon. Nicholas G. Garaufis**
**Date:** April 12, 2021